UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN K. JOHNSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　Respondent. | CASE NO. C18-1630 RSM<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, hereby ORDERS:

1. The Report and Recommendation (Dkt. #5) is ADOPTED.

2. This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to LCR 41(b)(2); and this case is closed.

3. The Clerk is directed to send copies of this Order to Petitioner at his last known address and to Judge Donohue.

Dated this 27th day of February 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1